■ In the Matter of REFIK AVDIC, Respondent, v ZINETA AVDIC, Appellant. SUSAN B. MARRIS, ESQ., Attorney for the Child, Appellant. [51 NYS3d 480]—Appeals from an order of the Family Court, Oneida County (Louis P. Gigliotti, A.J.), entered September 4, 2015 in proceedings pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.

■ DETROY LIVINGSTON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 127058.) [51 NYS3d 480]—Appeal from an order of the Court of Claims (Renée Forgensi Minarik, J.), entered May 23, 2016. The order granted the motion of defendant to dismiss the claim and dismissed the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims (2016 NY Slip Op 51883[U] [Ct Cl 2016]). Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.